UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Christina Morrell,

    Plaintiff,

v.

Experian Information Solutions, Inc.; Trans Union, LLC; Capital One Auto Finance;

    Defendants.

Case No. 24-CV-00383 (JMB/JFD)

**ORDER OF DISMISSAL**

---

This matter is before the Court on Plaintiff Christina Morrell's and Defendant Trans Union LLC's Joint Stipulation for Dismissal, (Doc. No. 57), together with Plaintiff Christina Morrell's and Defendant Capital One Auto Finance's Joint Stipulation for Dismissal, (Doc. No. 58). Plaintiff wishes to dismiss the claims in the Complaint (Doc. No. 1) against Trans Union LLC and Capital One Auto Finance under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Therefore, IT IS HEREBY ORDERED that the claims in the Complaint against Trans Union LLC and Capital One Auto Finance are DISMISSED WITH PREJUDICE, and each party shall bear their own costs and attorneys' fees.

Dated: October 21, 2024

/s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court